Dismissed and Opinion filed July 3, 2003









Dismissed and Opinion filed July 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00566-CV

____________

 

JOAN
L. ATKINS, Appellant

 

V.

 

POINTE
ROYALE APARTMENTS, ROBERT E. SPIELMAN/POINTE ROYALE, L.L.C., CRES MANAGEMENT,
L.L.C., Appellees

 



 

On
Appeal from the County Civil Court at Law No. 4

Harris
County, Texas

Trial
Court Cause No. 761,839

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed February 4,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On May 27, 2003, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed July 3, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.